1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| U.S. BANK, N.A., | IN ADMIRALTY |
| Plaintiff, | CASE NO. C 05-1534C |
| v. | MINUTE ORDER |
| ENTERTAINER, Official No. 627953, their Engines, Machinery, Appurtenances, etc., | |
| and | |
| FIRST CAPITAL PARTNERS, LTD., and S HILTON SMITH, *In Personam*, | |
| Defendants. | |

18

    The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

    This matter comes before the Court on the Stipulation of the parties (Dkt. No. 35) and this

Court's Order approving such stipulation (Dkt. No. 36).  Because the stipulation partially moots the

now-pending summary judgment motion (Dkt. No. 26), the Court STRIKES such motion and grants

//

//

MINUTE ORDER – 1

1  leave for the parties to raise the outstanding issues of attorney's fees briefed therein at a later date, should

2  the parties so choose.

3       DATED this 26th day of April, 2006.

4                                BRUCE RIFKIN, Clerk of Court

5

6                                By   */s/ C. Ledesma*
                                        Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  MINUTE ORDER – 2