THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK, N.A.,<br><br>                      Plaintiff,<br><br>    v.<br><br>ENTERTAINER, Official No. 627953, their Engines, Machinery, Appurtenances, etc., *In Rem*;<br><br>and<br><br>FIRST CAPITAL PARTNERS, LTD., and S. HILTON SMITH, *In Personam*,<br><br>                      Defendants. | IN ADMIRALTY<br><br>Case No. CV05-1534C<br><br>FINAL JUDGMENT |

## **FINAL JUDGMENT**

    This matter comes before the Court on Plaintiff's unopposed Motion For Final Judgment (Dkt. No. 41). Based on the motion, the declaration of John E. Casperson, and exhibits attached thereto, IT IS HEREBY ORDERED:

FINAL JUDGMENT - 1
Case No. CV05-1534

U.S. Bank, N.A. shall have judgment against First Capital Partners, Ltd. and S. Hilton Smith in the amount of   $ 240,449.94, together with interest after April 26, 2006, as prescribed by 28 U.S.C. § 1961.

DATED this 7th day of November, 2006.

*[signature]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - 2
Case No. CV05-1534